UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEAD TALK MEDIA, LLC,

        Plaintiff,

-against-

CINEDIGM OTT HOLDINGS, LLC,

        Defendant.

**ORDER**

22 Civ. 3743 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference in this matter currently scheduled for July 21, 2022 will instead take place on **July 28, 2022 at 9:45 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       July 20, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge