UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEAD TALK MEDIA, LLC,

        Plaintiff,

-against-

CINEDIGM OTT HOLDINGS, LLC,

        Defendant.

**ORDER**

22 Civ. 3743 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

      As stated on the record today, the parties are directed to pursue settlement discussions over the next two weeks. By **August 12, 2022**, the parties shall submit a joint letter apprising the Court of the status of such discussions, and describing their positions as to whether motion practice will be necessary to resolve any issues regarding subject matter jurisdiction. To the extent that the parties need more time to pursue settlement discussions, they shall request such additional time in their status letter.

Dated: New York, New York
       July 28, 2022

SO ORDERED.

*Paul G. Gardephe* (signature)

_____
Paul G. Gardephe
United States District Judge